===============================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

### NORTHERN ————— DISTRICT OF ————— *NEW YORK*

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 1:04-CV-1503 (LEK/RFT)**

JASON R. HAAS,

                          **Plaintiff,**

      **-against-**

DELAWARE AND HUDSON RAILWAY
COMPANY, INC. d/b/a CP RAIL SYSTEM

                          **Defendant.**

—————— **JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.**

——XX—— **DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendant as against the plaintiff, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated March 08, 2007.

**DATE:**——**March 08, 2007**——————

*LAWRENCE K. BAERMAN*——————
CLERK OF THE COURT

Scott A. Snyder
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**